ELECTRONICALLY FILED
6/12/2018 9:41 AM
2018-L-006044
CALENDAR: A
PAGE 1 of 5
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| KIMBERLY DEVINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NATIONAL RAILROAD PASSENGER | ) |
| COMPANY, A Corporation, AMTRAK, | ) |
| A Corporation, and CHICAGO UNION | ) |
| STATION COMPANY, A Corporation, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT AT LAW

### COUNT I – NEGLIGENCE - NATIONAL RAILROAD PASSENGER COMPANY, A Corporation and AMTRAK, A Corporation

Plaintiff, KIMBERLY DEVINE, by her attorneys, LAW OFFICES OF SCOTT B. WOLFMAN & ASSOCIATES, P.C., and STEVEN J. MORTON & ASSOCIATES, LTD., complaining of Defendants, NATIONAL RAILROAD PASSENGER COMPANY, A Corporation and AMTRAK, A Corporation, states:

1. On or about September 12, 2016, Defendants, NATIONAL RAILROAD PASSENGER COMPANY, A Corporation and AMTRAK, A Corporation, owned, managed, maintained, and controlled a property known as Chicago Union Station, located at or near 225 S. Canal Street in the City of Chicago, State of Illinois, County of Cook.

2. On or about September 12, 2016, Defendants, NATIONAL RAILROAD PASSENGER COMPANY, A Corporation and AMTRAK, A Corporation, had a duty to manage, maintain and control the subject premises in such a way that it was not unreasonably dangerous to individuals legally entitled to be present on the property.



ELECTRONICALLY FILED
6/12/2018 9:41 AM
2018-L-006044
PAGE 2 of 5

3. On or about September 12, 2016, Plaintiff, KIMBERLY DEVINE, was legally present on the property known as Chicago Union Station located at 225 S. Canal Street, in the City of Chicago, State of Illinois, County of Cook.

4. On or about September 12, 2016, while she was walking through the exit of Chicago Union Station at or near 448 W. Adams, (Adams and the Chicago River), KIMBERLY DEVINE, was caused to trip and fall due to an unsecured mat at or near the doorway.

5. On and before September 12, 2016, Defendants, NATIONAL RAILROAD PASSENGER COMPANY, A Corporation and AMTRAK, A Corporation, had actual notice of the dangerous condition at the exit door located at Chicago Union Station at or near 448 W. Adams (Adams and the Chicago River).

6. On and before September 12, 2016, Defendants, NATIONAL RAILROAD PASSENGER COMPANY, A Corporation and AMTRAK, A Corporation, had constructive notice of the dangerous condition at the exit door located at Chicago Union Station at or near 448 W. Adams (Adams and the Chicago River).

7. On or about September 12, 2016, Defendants, NATIONAL RAILROAD PASSENGER COMPANY, A Corporation and AMTRAK, A Corporation, were negligent in one or more of the following ways:

  a. Allowed a defective mat to exist on the property;
  b. Failed to properly maintain the mat in a safe condition and in sound repair;
  c. Failed to adhere to proper building codes as owners, managers and maintainers of property;
  d. Failed to warn of the dangerous condition of the unsecured mat;
  e. Failed to properly inspect the mat;
  f. Failed to make certain that the subject mat was properly adhesed to the floor; and
  g. Were otherwise careless and negligent.

8. As a proximate cause of the abovementioned negligent acts committed by Defendants, NATIONAL RAILROAD PASSENGER COMPANY, A Corporation and AMTRAK, A Corporation, Plaintiff, KIMBERLY DEVINE, suffered injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, KIMBERLY DEVINE, prays for judgment in her favor and against Defendants, NATIONAL RAILROAD PASSENGER COMPANY, A Corporation and AMTRAK, A Corporation in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000), and for costs of suit.

## COUNT II – NEGLIGENCE – CHICAGO UNION STATION COMPANY, A Corporation

Plaintiff, KIMBERLY DEVINE, by her attorneys, LAW OFFICES OF SCOTT B. WOLFMAN & ASSOCIATES, P.C., and STEVEN J. MORTON & ASSOCIATES, LTD., complaining of Defendant, CHICAGO UNION STATION COMPANY, A Corporation, states:

1. On or about September 12, 2016, Defendant, CHICAGO UNION STATION COMPANY, A Corporation, owned, managed, maintained, and controlled a property known as Chicago Union Station, located at or near 225 S. Canal Street in the City of Chicago, State of Illinois, County of Cook.

2. On or about September 12, 2016, Defendant, CHICAGO UNION STATION COMPANY, A Corporation, had a duty to manage, maintain and control the subject premises in such a way that it was not unreasonably dangerous to individuals legally entitled to be present on the property.

3. On or about September 12, 2016, Plaintiff, KIMBERLY DEVINE, was legally present on the property known as Chicago Union Station located at 225 S. Canal Street, in the City of Chicago, State of Illinois, County of Cook.

ELECTRONICALLY FILED
6/12/2018 9:41 AM
2018-L-006044
PAGE 3 of 5

4. On or about September 12, 2016, while she was walking through the exit of Chicago Union Station at or near 448 W. Adams, (Adams and the Chicago River), KIMBERLY DEVINE, was caused to trip and fall due to an unsecured mat at or near the doorway.

5. On and before September 12, 2016, Defendant, CHICAGO UNION STATION COMPANY, A Corporation, had actual notice of the dangerous condition at the exit door located at Chicago Union Station at or near 448 W. Adams (Adams and the Chicago River).

6. On and before September 12, 2016, Defendant, CHICAGO UNION STATION COMPANY, A Corporation, had constructive notice of the dangerous condition at the exit door located at Chicago Union Station at or near 448 W. Adams (Adams and the Chicago River).

7. On or about September 12, 2016, Defendant, CHICAGO UNION STATION COMPANY, A Corporation, was negligent in one or more of the following ways:

   a. Allowed a defective mat to exist on the property;
   b. Failed to properly maintain the mat in a safe condition and in sound repair;
   c. Failed to adhere to proper building codes as owners, managers and maintainers of property;
   d. Failed to warn of the dangerous condition of the unsecured mat;
   e. Failed to properly inspect the mat;
   f. Failed to make certain that the subject mat was properly adhesed to the floor; and
   g. Was otherwise careless and negligent.

8. As a proximate cause of the abovementioned negligent acts committed by Defendant, CHICAGO UNION STATION COMPANY, A Corporation, Plaintiff, KIMBERLY DEVINE, suffered injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, KIMBERLY DEVINE, prays for judgment in her favor and against Defendant, CHICAGO UNION STATION COMPANY, A Corporation in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000), and for costs of suit.

ELECTRONICALLY FILED
6/12/2018 9:41 AM
2018-L-006044
PAGE 4 of 5

Respectfully Submitted,
Plaintiff, KIMBERLY DEVINE,

By: *[signature]*

SCOTT B. WOLFMAN,
One of Plaintiff's Attorneys

LAW OFFICE OF SCOTT B. WOLFMAN & ASSOCIATES, P.C.
641 W. Lake Street, Suite 400
Chicago, IL 60661
Ph# 312/258-1800
Atty. No.: 40724

STEVEN J. MORTON & ASSOCIATES, LTD.
212 West Washington Street, Suite 1008
Chicago, IL 60606
Ph# 312/372-4448
Atty. No.: 14824

ELECTRONICALLY FILED
6/12/2018 9:41 AM
2018-L-006044
PAGE 5 of 5