IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KIMBERLY DEVINE, )<br>  )<br>  Plaintiff, )<br>  )<br>vs. )<br>  )<br>NATIONAL RAILROAD PASSENGER )<br>COMPANY, A Corporation, AMTRAK, )<br>A Corporation, CHICAGO UNION )<br>STATION COMPANY, A Corporation, )<br>TOTAL FACILITIES MAINTENANCE, )<br>INC., A Corporation and SCRUB, INC. )<br>A Corporation, )<br>  )<br>  Defendants. | No. 1:18-cv-05038 |

## **PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS PURSUANT TO F.R.C.P. 41(a)(2) WITH LEAVE TO RE-FILE**

NOW COMES the Plaintiff, KIMBERLY DEVINE, by her attorneys, LAW OFFICES OF SCOTT B. WOLFMAN & ASSOCIATES, P.C., and moves this Court for entry of an order granting leave to voluntarily dismiss this action with leave to re-file and re-open discovery, pursuant to Fed. R. Civ. P. 41(a)(2), and 735 ILCS 5/13-217, and in support of same states the following:

1. This matter arises out of a slip-and-fall that happened at Chicago Union Station on September 12, 2016.

2. Plaintiff previously filed a motion entitled "Plaintiff's Motion to Voluntarily Dismiss Pursuant to F.R.C.P. 41(a)(2) With Leave to Re-file and Re-open Discovery to Name CBRE, Inc., as a Defendant, or, in the Alternative, Allow Plaintiff to Name CBRE as a Defendant and Extend Discovery", docket entry #58.

3. This Honorable Court denied Plaintiff's motion to add CBRE as a Defendant but stated in the relevant minute entry that "if Plaintiff wishes to voluntarily dismiss this case, she is free to do so." Docket entry #61.

4. Plaintiff now moves to voluntarily dismiss this matter.

WHEREFORE, Plaintiff requests this Court for entry of an order voluntarily dismissing this matter with leave to refile.

                                          Respectfully submitted,
                                          Plaintiff, KIMBERLY DEVINE,

                              By:    /s/Scott Wolfman
                                       SCOTT B. WOLFMAN,
                                       One of Plaintiff's Attorneys

LAW OFFICES OF SCOTT B. WOLFMAN & ASSOCIATES, P.C.
641 W. Lake Street, #400
Chicago, IL 60661
Ph# 312/258-1800
I.D. #40724